**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

November 15, 2013

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Grunwald v. GC Services
      13 CV 4863 (BMC)

Dear Judge Cogan:

I represent the plaintiff in the above matter. I respectfully inform Your Honor that the matter has settled on an individual basis. The parties request that the conference scheduled for November 20, 2013 be adjourned

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

     /s/
Adam J. Fishbein

Cc:  ECF Listed Counsel